UNITED STATES BANKRUPTCY COURT                     11-50144
                    MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                                    )
          Laura Ann Schall                                )   NOTICE TO CREDITORS
                                                          )          AND
                                                          )   PROPOSED PLAN
SS#       xxx-xx-4821                                     )
SS#                                                       )   Case No. _____
                          Debtor(s)                       )

**The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on January 28, 2011.**

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.   Payments to the Trustee: The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$490.00**, for distribution to creditors after payment of costs of administration.

2.   Payments made directly to creditors: The Debtor(s) propose to make regular monthly payments directly to the following creditors:

|     | Creditor | Collateral and Valuation |
|-----|----------|--------------------------|
| (A) | -NONE-   |                          |

3.   Disbursements by the Trustee: The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

   (A)   The following priority claims shall be paid in full by means of deferred payment:
         **Employment Security Commission**
         **Forsyth County Tax Collector**
         **IRS**

   (B)   The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|----------|----------------------|-----------------|
| -NONE-   |                      |                 |

   (C)   The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|----------|----------------------|-----------------------------|
| **Wells Fargo Dealer Services** | 2009 Chevrolet Malibu  Market Value= $12,000.00 | 225.00 |

   (D)   The following co-signed claims shall be paid in full by monthly payments:
         **-NONE-**

   (E)   The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|----------|------------|---------------------------|
| -NONE-   |            |                           |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

(F) After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __21__ % and is estimated to be __21__ %.

4. Property to be surrendered: The following property will be returned to the secured creditor:

| Creditor | Collateral |
|---|---|
| **Bank of America** | **Location: 2422 Eagle Creek Court #303, Winston Salem NC 27103** |

(name of creditor and description of property)

5. The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| **Verizon Wireless** | **cell phone contract expiring 12/2012 to be assumed** | **ASSUME** |

6. Other proposed provisions are as follows: Student loans to be paid outside the plan to protect the co-signers.

Date: **January 28, 2011**

/s/ A. Carl Penney
**A. Carl Penney 003412**
Attorney for the Debtor
Address: **P.O. Box 21103**
**Winston-Salem, NC 27120-1103**
Telephone: **336-725-0297**
State Bar No. **003412**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Laura Ann Schall** )    **NOTICE TO CREDITORS**
)    **AND**
)    **PROPOSED PLAN**
SS#  **xxx-xx-4821** )
SS# )    Case No. _____
Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**ACS**
**JP Morgan Chase Bank**
**P.O. Box 7051**
**Utica, NY 13504-7051**

**Bank of America**
**P.O. Box 5110**
**Simi Valley, CA 93062-5170**

**Best Buy**
**c/o Retail Services**
**Dept. 7680**
**Carol Stream, IL 60116-7680**

**Capital One**
**P.O. Box 71083**
**Charlotte, NC 28272-1083**

**Citicards**
**P.O. Box 142319**
**Irving, TX 75014**

**Citifinancial**
**1571 Hanes Mall Blvd.**
**Kester Village**
**Winston Salem, NC 27103**

**Credit Bureau**
**P.O. Box 26140**
**Greensboro, NC 27402**

**Employment Security Commission**
**P.O. Box 26504**
**Raleigh, NC 27611**

**Firstmark Services**
**P.O. Box 82522**
**Lincoln, NE 68501**

**Forsyth County Tax Collector**
**P.O. Box 082**
**Winston Salem, NC 27102**

**GEMB**
**P.O. Box 960061**
**Orlando, FL 32896-0061**

**GEMB Eagle Oufitters**
**c/o GEMB American Eagle**
**P.O. Box 530942**
**Atlanta, GA 30353-0942**

**IRS**
**320 Federal Place**
**Greensboro, NC 27402**

**Maurices**
**P.O. Box 182273**
**Columbus, OH 43218-2273**

**Regional Finance**
**3193-D Peters Creek Parkway**
**Winston Salem, NC 27127**

**Wells Fargo Dealer Services**
**P.O. Box 25341**
**Santa Ana, CA 92799-5341**

11-50144

Date: **January 28, 2011**      **/s/ A. Carl Penney**
                                **A. Carl Penney 003412**