# There was an error with this document and/or the corresponding PDF image.

# PLEASE DISREGARD